Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Grace W. Kang - State Bar No. 271260
  gkang@birdmarella.com
A. Howard Matz - State Bar No. 55892
  hmatz@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Nicholas P. Groombridge (*pro hac vice)*
  ngroombridge@paulweiss.com
Jenny C. Wu (*pro hac vice*)
  jcwu@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Attorneys for Defendant Twitter, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>TWITTER, INC., a Delaware corporation,<br><br>           Defendant. | CASE NO. 2:19-cv-01444-GW (KSx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS** |

Plaintiff Blackberry Limited ("Blackberry") and Defendant Twitter, Inc. ("Twitter") (collectively, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

WHEREAS, Blackberry filed a First Amended Complaint in this action on June 4, 2019;

WHEREAS, Twitter's response to the First Amended Complaint is currently due on June 18, 2019;

WHEREAS, the Parties have agreed to a seven (7) day extension of time for Twitter to move or otherwise respond to the First Amended Complaint;

WHEREAS, the Parties have agreed to a briefing schedule and hearing date for Twitter's Motion to Dismiss the First Amended Complaint;

WHEREAS, the Parties have agreed to a five (5) page extension of the page limit for the Parties' memoranda of points and authorities under Local Rule 11-6 in connection with Twitter's Motion to Dismiss the First Amended Complaint;

WHEREAS, this is the Parties' first request to extend time to respond to the First Amended Complaint; the Parties previously stipulated to a fifteen (15) day extension of time to respond to the initial Complaint under Local Rule 8-3;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The deadline for Twitter to move or otherwise respond to the First Amended Complaint shall be extended by seven (7) days from June 18, 2019 to June 25, 2019;

2. The briefing schedule for Twitter's Motion to Dismiss the First Amended Complaint shall be as follows:

    a. Twitter's Motion to Dismiss shall be filed on or before June 25, 2019;

    b. Blackberry's Opposition to Twitter's Motion to Dismiss shall be filed on or before July 24, 2019;

    c. Twitter's Reply in Further Support of the Motion to Dismiss

shall be filed on or before August 15, 2019;

3. The hearing date on Twitter's Motion to Dismiss shall be set for August 29, 2019 at 8:30 a.m.;

4. The page limit for the Parties' memoranda of points and authorities in connection with the Motion to Dismiss briefing shall be extended five (5) pages under Local Rule 11-6.

**IT IS SO STIPULATED.**

DATED: June 14, 2019          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: ___*/s/ Yury Kapgan*___
Yury Kapgan
Attorneys for Plaintiff Blackberry Limited

DATED: June 14, 2019          BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: ___*/s/ Grace W. Kang*___
Grace W. Kang
Attorneys for Defendant Twitter, Inc.

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Grace W. Kang, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: June 14, 2019

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: */s/ Grace W. Kang*
Grace W. Kang
Attorneys for Defendant Twitter, Inc.