1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| BLACKBERRY LIMITED, a Canadian corporation, | CASE NO. CV 19-1444-GW-KSx |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS** |
| vs. | |
| TWITTER, INC., a Delaware corporation, | |
| Defendant. | |

The Court, having read and considered the Stipulation to Extend Time to Respond to First Amended Complaint and Briefing Schedule on Motion to Dismiss and for good cause appearing, hereby ORDERS:

1. The deadline for Defendant Twitter, Inc. ("Twitter") to move or otherwise respond to the First Amended Complaint shall be extended by seven (7) days from June 18, 2019 to June 25, 2019;

2. The briefing schedule for Twitter's Motion to Dismiss the First Amended Complaint shall be as follows:

   a. Twitter's Motion to Dismiss shall be filed on or before June 25, 2019;

   b. Defendant Blackberry Limited's Opposition to Twitter's Motion to Dismiss shall be filed on or before July 24, 2019;

   c. Twitter's Reply in Further Support of the Motion to Dismiss shall be filed on or before August 15, 2019;

3. The hearing date on Twitter's Motion to Dismiss shall be set for August 29, 2019 at 8:30 a.m.;

4. The page limit for the Parties' memoranda of points and authorities in connection with the Motion to Dismiss briefing shall be extended five (5) pages under Local Rule 11-6;

5. Twitter's Motion to Dismiss [17] set for July 25, 2019, is vacated and taken off-calendar.

**IT IS SO ORDERED.**

Dated: June 17, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE