# APPENDIX A

Examples of claims of the asserted patents and their claim limitations (highlighted below **in bold**) that Twitter has failed to address in its motion to dismiss and that are not represented in the claims analyzed by Twitter:

| **The ’351 Patent** | |
|---|---|
| Claim 3 | The system of claim 1, wherein **the feedback signal is generated by a base station in the wireless network.** |
| Claim 7 | The system of claim 1, **wherein the proxy content server polls the information source at regular intervals in order to receive the information.** |
| Claim 8 | The system of claim 1, **wherein the information source automatically transmits the information to the proxy content server.** |
| Claim 9 | The system of claim 1, further comprising:<br><br>**the proxy content server database coupled to the proxy content server that stores data relating to the mobile device, wherein the data is also used by the proxy content server to select the channel for transmission over the wireless network to the mobile device.** |
| Claim 12 | The system of claim 1, wherein the mobile device comprises:<br><br>**an advertising and information software module that receives the information transmitted over the wireless network from the proxy content server; and**<br><br>**a channel content database having a memory location corresponding to the selected channel on the proxy content server;**<br><br>**wherein the advertising and information software module stores the received information to the memory location in the channel content database.** |
| Claim 13 | The system of claim 12, wherein the mobile device further comprises:<br><br>**an operating system that tracks the location of the mobile device within the wireless network to generate** |

| **The ’351 Patent** | |
|---|---|
| | **the feedback signal.** |

| **The ’929 Patent** | |
|---|---|
| Claim 11 | The server of claim 9, **wherein the time triggering event comprises a pre-defined significant time interval, a significant time of a day, a lunchtime, or a suppertime.** |
| Claim 13 | The server of claim 9, **wherein the time triggering event corresponds to requirements established to a user of the mobile device, an advertiser, or an interested third party.** |
| Claim 14 | The server of claim 9, **wherein the meta tag includes at least a name of each of the one or more advertisements and a cross reference value for a user on the mobile device to connect with a source of the one or more advertisements.** |
| Claim 15 | The server of claim 9, **wherein the server determines, inserts, and transmits for each of the remaining plurality of memory location channels.** |
| Claim 16 | The server of claim 9, **wherein the one or more advertisement comprises static advertisement, dynamic advertisement, or default advertisement.** |

| **The ’120 Patent** | |
|---|---|
| Claim 7 | The system of claim 1, **further adapted to allow the message thread to be unflagged deactivating the flag.** |
| Claim 8 | The system of claim 7, **further adapted to, after determining that the message thread has been unflagged, retain the new incoming message associated with the inbox while allowing notifications pertaining to receipt of any subsequent new incoming message for the message thread, and associate any subsequent new incoming message with the inbox.** |
| Claim 12 | The system of claim 1, **wherein the coded program** |

| The ’120 Patent | |
|---|---|
| | **instructions further cause the processor to store the new incoming message in the inbox.** |

| The ’089 Patent | |
|---|---|
| Claim 2 | A method as claimed in claim 1 further comprising **assigning a new message state to the received new electronic message, and unsetting the new message flag and changing the state of each electronic message assigned the new message state to an old message state in response to said invocation of the message inventory display screen.** |
| Claim 3 | A method as claimed in claim 2 further comprising **changing the state of an electronic message assigned the new message state to an old message state when the electronic message is opened on the device.** |
| Claim 4 | A method as claimed in claim 1 further comprising **updating an unopened message counter when the received electronic message is received unopened.** |
| Claim 6 | A method as claimed in claim 1 further comprising:<br>**assigning a new and unopened state to the received electronic message when the received electronic message is received unopened, and**<br>**assigning a new and opened state to the received electronic message when the received electronic message is received opened.** |
| Claim 11 | A method as claimed in claim 6 wherein **the new message flag is a new messages counter and the flag is set when the counter is not zero and unset when the counter is zero.** |
| Claim 12 | A method as claimed in claim 11 further comprising **updating the new messages counter when the state of any electronic message has changed from new to old, or old to new, or when the electronic message received by the device is assigned a new and opened, or new and unopened state.** |

| The '089 Patent | |
|---|---|
| Claim 13 | A method as claimed in claim 1 comprising **activating a light emitting diode (LED) on the device when the new message flag is set.** |

| The '059 Patent | |
|---|---|
| Claim 2 | The method of claim 1, wherein **the method includes transmitting the representation of the informational content from the first mobile wireless device to the first server.** |
| Claim 3 | The method of claim 2, wherein **transmitting the representation of the informational content from the first mobile wireless device to the first server includes transmitting the informational content from the first mobile wireless device to the first server.** |
| Claim 4 | The method of claim 3, wherein **transmitting the informational content from the first mobile wireless device to the first server includes autonomously transferring the informational content upon detection in the first mobile wireless device of a Wi-Fi network of the first server.** |
| Claim 5 | The method of claim 1, wherein **making informational content, selected in the first mobile wireless device, available to the second mobile wireless device includes browsing the first server from the first mobile electronic device and selecting the informational content in the first server.** |
| Claim 7 | The method of claim 1, wherein **receiving the representation of the informational content in the data hub server includes marking a setting in the data hub server representing the informational content as being public or partially public to the second mobile wireless device.** |
| Claim 8 | The method of claim 1, wherein **upon receiving the representation of the informational content in the data hub server, if the informational content does not reside on the data hub server, autonomously** |

| The '059 Patent | |
|---|---|
| | **transmitting a communication from the data hub server to the first server, the communication notifying the first server of an absence of the informational content in the data hub server and receiving the informational content in the data hub server from the first server in response to notifying the first server of the absence.** |
| Claim 9 | The method of claim 1, wherein **receiving the representation of the informational content in the data hub server in the directed transmission from the first server includes receiving the informational content in the data hub server in the directed transmission from the first server.** |
| Claim 10 | The method of claim 1, wherein **transmitting the notification of the informational content being available to the second mobile wireless device in the directed transmission from the data hub server to the second server includes transmitting the informational content in the directed transmission from the data hub server to the second server.** |

| The '777 Patent | |
|---|---|
| Claim 2 | The method of claim 1, further comprising: **selectively prioritizing communication of the one or more new messages to the one or more members of the social group if the content of the one or more new messages is not similar to the determined content.** |
| Claim 4 | The method of claim 1, further comprising **selectively adjusting notification of the one or more new messages to the one or more members of the social group when the content of the one or more new messages is not similar to the determined content, but comprises flagged content.** |
| Claim 5 | The method of claim 1, wherein **selectively adjusting notification of the one or more new messages to the one or more members of the social group comprises** |

| The '777 Patent | |
|---|---|
| | **selectively delaying a reception of the one or more new messages by the one or more members by selectively delaying a completion of transmission of the one or more new messages.** |
| Claim 6 | The method of claim 1, wherein **selectively adjusting notification of the one or more new messages to the one or more members of the social group comprises transmitting an alert of the one or more new messages after reception of the one or more new messages by a social network server.** |