QUINN EMANUEL URQUHART & SULLIVAN, LLP
James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Pushkal Mishra (Bar No. 298695)
pushkalmishra@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

BLACKBERRY CORPORATION
Edward R. McGah, Jr (Bar No. 97719)
emcgah@blackberry.com
Vice President, Deputy General Counsel—Litigation
41 Ticknor Place
Laguna Niguel, CA 92677
Telephone: (650) 581-4750

Counsel for Plaintiff BlackBerry Limited

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-01444-GW-KS<br><br>**BLACKBERRY LIMITED'S SUPPLEMENTAL MEMORANDUM REGARDING '351 AND '929 PATENTS** |

1    On September 5, 2019, the Court deferred ruling on Twitter, Inc.'s "motion to
2 dismiss related to the '351 and '929 Patents until a final ruling has been issued" in the
3 related cases *BlackBerry Limited v. Facebook, Inc. et al*, Case No. 2:18-cv-01844-GW-
4 (KSx) and *BlackBerry Limited v. Snap Inc.*, Case No. 2:18-cv-02693-GW-(KSx)
5 "regarding whether those patents are patent-eligible" and the parties have each briefed
6 the Court "stating how a determination of § 101 patent-ineligibility of the same asserted
7 patents in those other cases should impact Twitter's motion in this case."  Court's
8 Tentative Ruling at 13, Docket No. 47.  BlackBerry Limited respectfully submits that
9 any "determination of § 101 patent-ineligibility of the same asserted patents in those
10 other cases should" apply equally to Twitter's motion in this case.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Dated: September 10, 2019 | Respectfully Submitted, |
| | By */s/ James R. Asperger* |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | James R. Asperger (Bar No. 83188) |
| | jamesasperger@quinnemanuel.com |
| | Yury Kapgan (Bar No. 218366) |
| | yurykapgan@quinnemanuel.com |
| | Pushkal Mishra (Bar No. 298695) |
| | pushkalmishra@quinnemanuel.com |
| | 865 S. Figueroa St., 10th Floor |
| | Los Angeles, CA 90017 |
| | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| | |
| | Victoria F. Maroulis (Bar No. 202603) |
| | victoriamaroulis@quinnemanuel.com |
| | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, CA 94065 |
| | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |
| | |
| | Jordan R. Jaffe (Bar No. 254886) |
| | jordanjaffe@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| | |
| | BLACKBERRY CORPORATION |
| | Edward R. McGah, Jr (Bar No. 97719) |
| | emcgah@blackberry.com |
| | Vice President, Deputy General Counsel—Litigation |
| | 41 Ticknor Place |
| | Laguna Niguel, CA 92677 |
| | Telephone: (650) 581-4750 |
| | |
| | Counsel for Plaintiff BlackBerry Limited |

CASE NO. 2:19-CV-01444-GW-KS
BLACKBERRY LIMITED'S SUPPLEMENTAL MEMORANDUM