QUINN EMANUEL URQUHART &
SULLIVAN, LLP
James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Pushkal Mishra (Bar No. 298695)
pushkalmishra@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Counsel for Plaintiff BlackBerry Limited

Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

BLACKBERRY CORPORATION
Edward R. McGah, Jr (Bar No. 97719)
emcgah@blackberry.com
Vice President, Deputy General
Counsel—Litigation
41 Ticknor Place
Laguna Niguel, CA 92677
Telephone: (650) 581-4750

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED,<br>a Canadian corporation,<br><br>        Plaintiff,<br><br>     v.<br><br>TWITTER, INC.,<br>a Delaware corporation,<br><br>        Defendant. | Case No. 2:19-cv-01444-GW-KS<br><br>**JOINT STIPULATION AND REQUEST TO STAY PROCEEDINGS** |

WHEREAS, on June 4, 2019, Plaintiff BlackBerry Limited ("Blackberry") filed a First Amended Complaint, Docket No. 36;

WHEREAS, on June 25, 2019, Defendant Twitter, Inc. ("Twitter") filed a Motion to Dismiss the First Amended Complaint, Docket No. 39;

WHEREAS, on October 2, 2019, the Court entered a Final Ruling on Twitter's Motion to Dismiss, Docket No. 51, dismissing BlackBerry's claims related to U.S. Patent Nos. 8,676,929 (Count I), 8,296,351 (Count II), 8,572,182 (Count VI), and 8,825,777 (Count VII);

WHEREAS, on October 31, 2019, Twitter filed its Answer and Counterclaims with respect to BlackBerry's claims related to U.S. Patent Nos. 9,349,120, 9,021,059, and 8,286,089, Docket No. 54, while BlackBerry filed a Notice of Voluntary Dismissal of BlackBerry's claims related to the same three patents under Fed. R. Civ. P. 41(a)(1), Docket No. 55, and these filings may raise legal issues that could require Court resolution absent agreement by the parties;

WHEREAS, the parties agree that there has been no final judgment under Rule 58(a) of the Federal Rules of Civil Procedure, and that the 30-day time period to file a notice of appeal will commence only upon entry of such a final judgment;

WHEREAS, the parties have commenced settlement discussions in an attempt to resolve this and any other potential action involving assertion of patent rights between the parties, and are in mutual agreement that a stay of these proceedings would be beneficial while the parties engage in these discussions;

WHEREAS, the parties therefore have agreed to a stay of these proceedings and any new action involving assertion of patent rights against each other, effective as of the filing date of this stipulation and continuing through January 6, 2020 (the "Standstill Period").

It is hereby STIPULATED and AGREED by and between the parties that:

1.      All proceedings in this action are stayed and all deadlines, including deadlines arising under the Federal Rules of Civil Procedure and Federal Rules of

Appellate Procedure, either have not triggered or, if they have been triggered, are tolled for the Standstill Period;

2.     During this Standstill Period, neither party will make further filings with the Court (apart from a motion to modify the Court's Order on the Joint Stipulation and Request to Stay Proceedings) in this action or initiate any new action involving assertion of patent rights against each other;

3.     The parties request that, apart from entering an Order on this Joint Stipulation and Request to Stay Proceedings, the Court take no further action as to any issues pending before or during the Standstill Period, and that it defer entering a final judgment; and

4.     After the expiration of this Standstill Period, the parties may pursue any and all rights and remedies available under the law in this or any other potential action between the parties; and for the avoidance of any doubt, the parties expressly reserve all rights and remedies, and expressly agree to no waiver of any deadlines.

**IT IS SO STIPULATED.**

1    Dated: November 11, 2019      Respectfully Submitted,

2

3                                        By */s/ James R. Asperger*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

4

5                                        James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
Yury Kapgan (Bar No. 218366)

6                                        yurykapgan@quinnemanuel.com

7                                        Pushkal Mishra (Bar No. 298695)
pushkalmishra@quinnemanuel.com

8                                        865 S. Figueroa St., 10th Floor

9                                        Los Angeles, CA 90017
Telephone: (213) 443-3000

10                                       Facsimile: (213) 443-3100

11                                       Victoria F. Maroulis (Bar No. 202603)

12                                       victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor

13                                       Redwood Shores, CA 94065

14                                       Telephone: (650) 801-5000
Facsimile: (650) 801-5100

15

16                                       Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com

17                                       50 California Street, 22nd Floor

18                                       San Francisco, CA 94111
Telephone: (415) 875-6600

19                                       Facsimile: (415) 875-6700

20                                       BLACKBERRY CORPORATION
Edward R. McGah, Jr (Bar No. 97719)

21                                       emcgah@blackberry.com

22                                       Vice President, Deputy General Counsel—
Litigation

23                                       41 Ticknor Place

24                                       Laguna Niguel, CA 92677
Telephone: (650) 581-4750

25                                       Counsel for Plaintiff BlackBerry Limited

26

27

28

1 | Dated: November 11, 2019

Respectfully Submitted,

2 | By */s/ Grace W. Kang*

3 | BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG &
4 | RHOW, P.C.

5 | Ekwan E. Rhow - State Bar No. 174604
erhow@birdmarella.com
6 | Grace W. Kang - State Bar No. 271260
gkang@birdmarella.com
7 | A. Howard Matz - State Bar No. 55892
hmatz@birdmarella.com
8 | 1875 Century Park East, 23rd Floor
9 | Los Angeles, California 90067-2561
10 | Telephone: (310) 201-2100
Facsimile: (310) 201-2110
11 |

12 | PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
13 | Nicholas P. Groombridge (*pro hac vice*)
ngroombridge@paulweiss.com
14 | Jenny C. Wu (*pro hac vice*)
jcwu@paulweiss.com
15 | 1285 Avenue of the Americas
New York, New York 10019-6064
16 | Telephone: (212) 373-3000
Facsimile: (212) 757-3990
17 |
18 |

19 | David J. Ball, Jr. (*pro hac vice*)
dball@paulweiss.com
20 | J. Steven Baughman (*pro hac vice*)
sbaughman@paulweiss.com
21 | 201 K Street, NW
Washington, DC 2006-1047
22 | Telephone: (202) 223-7300
Facsimile: (202) 223-7420
23 |

24 | Counsel for Defendant Twitter, Inc.

25 |

26 |

27 |

28 |

1

## **<u>ATTESTATION</u>**

2   Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, James R. Asperger, attest that

3 concurrence in the filing of this document has been obtained from each of the other

4 signatories.

5 Dated: November 11, 2019

6          By */s/ James R. Asperger*

7            James R. Asperger

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28