<b>Case 2:19-cv-01444-GW-KS   Document 57   Filed 11/14/19   Page 1 of 2   Page ID #:874</b>

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED,<br>a Canadian corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>TWITTER, INC.,<br>a Delaware corporation,<br><br>        Defendant. | Case No. CV 19-1444-GW-KSx<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO STAY PROCEEDINGS** |

1

CASE NO. 2:19-CV-01444-GW-KS
[PROPOSED] ORDER

The Court, having read and considered the Joint Stipulation and Request to Stay Proceedings and for good cause appearing, HEREBY ORDERS, ADJUDGES, and DECREES that:

1. All proceedings in this action are stayed and all applicable deadlines are tolled until and through January 6, 2020 (the "Standstill Period");

2. During this Standstill Period, neither party will make further filings with the Court (apart from a motion to modify this Order) in this action or initiate any new action involving assertion of patent rights against each other;

3. The Court has not issued a final judgment;

4. The Court will take no further action as to any issues pending during or before the Standstill Period, and will not enter a final judgment until after the Standstill Period; and

5. After the expiration of this Standstill Period, the parties may pursue any and all rights and remedies available under the law in this or any other potential action between the parties; and for the avoidance of any doubt, the parties expressly reserve all rights and remedies, and expressly agree to no waiver of any deadlines.

6. The Court sets a status conference for January 9, 2020 at 8:30 a.m.; the parties are to file a joint status report by January 6, 2020.

**IT IS SO ORDERED.**

Dated: November 14, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE