COUNSEL LISTED ON
SIGNATURE PAGE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED,<br>a Canadian corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>TWITTER, INC.,<br>a Delaware corporation,<br><br>             Defendant. | Case No. 2:19-cv-01444-GW-KS<br><br>**JOINT STIPULATION TO VACATE ORDER AND DISMISS WITH PREJUDICE ALL CLAIMS AND COUNTERCLAIMS** |

WHEREAS, on June 4, 2019, Plaintiff BlackBerry Limited filed a First Amended Complaint against Defendant Twitter, Inc., asserting infringement claims related to U.S. Patent Nos. 8,676,929 (Count I), 8,296,351 (Count II), 9,349,120 (Count III), 9,021,059 (Count IV), 8,286,089 (Count V), 8,572,182 (Count VI), and 8,825,777 (Count VII), Docket No. 36;

WHEREAS, on June 25, 2019, Twitter filed a Motion to Dismiss the First Amended Complaint, Docket No. 39;

WHEREAS, on October 2, 2019, the Court entered a Final Ruling on Twitter's Motion to Dismiss, dismissing BlackBerry's claims related to the '929, '351, '182, and '777 patents, Docket No. 51 (the "MTD Order");

WHEREAS, the parties have now reached a settlement to dismiss the entirety of this action with prejudice, which settlement calls for the parties to stipulate to vacatur of the MTD Order and to jointly request dismissal of this case in its entirety;

It is hereby STIPULATED and AGREED by and between the parties that:

1. The parties request that the Court vacate its MTD Order, and dismiss with prejudice all claims and counterclaims in this action;

2. The parties request that the Court vacate its November 14, 2019 Order requiring a status report on January 6, 2020 and setting a status conference for January 9, 2020, Docket No. 57; and

3. Each party shall bear its own costs and attorneys' fees until and through the date of the Court's vacatur of the MTD Order or dismissal of all claims and counterclaims with prejudice in this action, whichever comes later.

**IT IS SO STIPULATED.**

**[Signature page follows]**

| | | |
|---|---|---|
| 1 | Dated: December 24, 2019 | Respectfully Submitted, |
| 2 | | By */s/ James R. Asperger* |
| 3 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 4 | | |
| 5 | | James R. Asperger (Bar No. 83188) jamesasperger@quinnemanuel.com |
| 6 | | Yury Kapgan (Bar No. 218366) yurykapgan@quinnemanuel.com |
| 7 | | Pushkal Mishra (Bar No. 298695) pushkalmishra@quinnemanuel.com |
| 8 | | 865 S. Figueroa St., 10th Floor |
| 9 | | Los Angeles, CA 90017 Telephone: (213) 443-3000 |
| 10 | | Facsimile: (213) 443-3100 |
| 11 | | Victoria F. Maroulis (Bar No. 202603) |
| 12 | | victoriamaroulis@quinnemanuel.com |
| 13 | | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, CA 94065 |
| 14 | | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 15 | | |
| 16 | | Jordan R. Jaffe (Bar No. 254886) jordanjaffe@quinnemanuel.com |
| 17 | | 50 California Street, 22nd Floor San Francisco, CA 94111 |
| 18 | | Telephone: (415) 875-6600 |
| 19 | | Facsimile: (415) 875-6700 |
| 20 | | BLACKBERRY CORPORATION Edward R. McGah, Jr (Bar No. 97719) |
| 21 | | emcgah@blackberry.com |
| 22 | | Vice President, Deputy General Counsel— Litigation |
| 23 | | 41 Ticknor Place |
| 24 | | Laguna Niguel, CA 92677 Telephone: (650) 581-4750 |
| 25 | | Counsel for Plaintiff BlackBerry Limited |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Dated: December 24, 2019 | Respectfully Submitted, |
| | By */s/ Nicholas P. Groombridge* |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | Nicholas P. Groombridge (*pro hac vice*)<br>ngroombridge@paulweiss.com<br>Jenny C. Wu (*pro hac vice*)<br>jcwu@paulweiss.com<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990 |
| | David J. Ball, Jr. (*pro hac vice*)<br>dball@paulweiss.com<br>J. Steven Baughman (*pro hac vice*)<br>sbaughman@paulweiss.com<br>201 K Street, NW<br>Washington, DC 2006-1047<br>Telephone: (202) 223-7300<br>Facsimile: (202) 223-7420 |
| | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.<br>Ekwan E. Rhow - State Bar No. 174604<br>erhow@birdmarella.com<br>Grace W. Kang - State Bar No. 271260<br>gkang@birdmarella.com<br>A. Howard Matz - State Bar No. 55892<br>hmatz@birdmarella.com<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>Facsimile: (310) 201-2110 |
| | Counsel for Defendant Twitter, Inc. |

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, James R. Asperger, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 24, 2019

                                      By */s/ James R. Asperger*
                                           James R. Asperger