1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| BLACKBERRY LIMITED,<br>a Canadian corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>TWITTER, INC.,<br>a Delaware corporation,<br><br>                Defendant. | Case No. CV 19-1444-GW-KSx<br><br>**ORDER GRANTING JOINT STIPULATION TO VACATE ORDER AND DISMISS WITH PREJUDICE ALL CLAIMS AND COUNTERCLAIMS** |
|---|---|

The Court, having read and considered the Joint Stipulation to Vacate Order and Dismiss With Prejudice All Claims and Counterclaims, and for good cause appearing, HEREBY ORDERS, ADJUDGES, and DECREES that:

1. The Court's order invalidating patent claims of and dismissing infringement claims related to U.S. Patent Nos. 8,676,929, 8,296,351, 8,572,182, and 8,825,777, Docket No. 51, is hereby vacated;

2. The Court's November 14, 2019 Order with respect to requiring a status report on January 6, 2020 and setting a status conference for January 9, 2020, Docket No. 57, is hereby vacated;

3. All claims and counterclaims in this action are hereby dismissed with prejudice; and

4. Each party shall bear its own costs and attorneys' fees until and through the entry of this order.

**IT IS SO ORDERED.**

Dated: January 2, 2020

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE